IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENDA DIANNE BROOKS,** | : | Civil No. 1:23-CV-01169 |
| **Plaintiff,** | : | |
| v. | : | |
| **HARRISBURG AREA COMMUNITY COLLEGE,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, this 28th day of March, 2024, upon consideration of Defendant's motion to dismiss the amended complaint (Doc. 6), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the amended complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this file.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 28, 2024